No. 623
PIEPMEIER v. MECK

Ohio Appeals, 6th Dist., Lucas Co.
No. 1527. Decided March 30, 1925

923. PLEADING—Prayer for equitable relief and money judgment in same cause of action, or same petition, is not a violation of equitable maxim that, "He who seeks equity must do equity".

WILLIAMS, J.

Louise Piepmeier brought an action in the Lucas Common Pleas against Charles Meck praying for the return of $2200 which had been turned over to Meck with the understanding that it was for the purpose of making a composition with Mrs. Piepmeier's son-in-law. This was never done. A second cause of action alleged that a note for $3000 secured by

a mortgage had been given to Piepmeier for security on the $2200. It was alleged that when the property upon which the mortgage was executed was sold on foreclosure, Meck used part of the $2200 in order to take it in his own name. Piepmeier prayed for conveyance of this property to her.

Meck filed a general demurrer to the second cause of action and contended that it was insufficient because the facts alleged showed a violation of the maxim: "He who seeks equity must do equity". It was claimed that Piepmeier sought to recover both the money Meck had in his possession, and the land in which Meck invested the money. Judgment was for Meck in the Common Pleas. Error was prosecuted and the Court of Appeals held:

1. We do not consider it a violation of the maxim to ask for money judgment for the full amount and the equitable relief prayed for, either in one petition or the same cause of action.

2. Upon trial there might have been a failure to establish the right to the equitable relief prayed for, and yet the right to recover a money judgment might have been established.

3. If Piepmeier was entitled to equitable relief she could not, however, recover the entire $2200; but merely that amount from which the amount paid in by Meck was deducted.

Judgment reversed and cause remanded.

Attorneys—Conn and Holloway for Piepmeier; George C. Bryce for Meck; all of Toledo.

---

**5** SEMI-ANNUAL

# Abstract Digests

FIRST, SECOND, THIRD AND FOURTH

1. January to July, 1923
2. July to January, 1924
3. January to July, 1924
4. July to January, 1925
5. January to July, 1925

Single or
BOUND IN ONE VOLUME
Buckram Covers

Only a Limited Number, 1 to 4, Left

PRICE NOW, WHILE THEY LAST

Either Number, separate, $2.50

$8.00 FOR THE FIRST FOUR IN ONE
Including One Year's Subscription to The Abstract, from July 1, 1925, $20.00

## Law Abstract Co.